# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ENCOMPASS HOME AND AUTO
INSURANCE COMPANY,

    Plaintiff

v.

KELLY L. COBB, Trustee of the Kelly L.
Cobb Trust dated May 26, 2005, et al.,

    Defendants

Case No.: 3:26-cv-00063-MMD-CSD

**Order**

Re: ECF No. 15

Before the court is Plaintiff's second motion for an extension of time to serve the complaint on defendant Group One, Inc. (ECF No. 15.)

Plaintiff's motion (ECF No. 15) is **GRANTED**. Plaintiff has until **July 20, 2026**, to file a proof of service as to Group One, Inc. A failure to timely do so may result in dismissal of Group One, Inc., without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED**.

Dated: June 29, 2026

_____
Craig S. Denney
United States Magistrate Judge