JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
CHRISTOPHER L. BENNER, ESQ.
Nevada Bar No. 8963
**PYATT SILVESTRI**
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, NV 89128
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com
cbenner@pyattsilvestri.com
Attorneys for Plaintiff,
Encompass Home and Auto Insurance Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ENCOMPASS HOME AND AUTO INSURANCE COMPANY, an Illinois Corporation

Plaintiff,

vs.

KELLY L. COBB, Trustee of the Kelly L. Cobb Trust dated May 26, 2005; DAVID HARGROVE, an individual; SUMMER HARGROVE, an individual; DAVID HARGROVE and SUMMER HARGROVE as the Guardians of AUTUMN HARGROVE; DAVID HARGROVE and SUMMER HARGROVE as the Guardians of BODHI HARGROVE; DAVID HARGROVE and SUMMER HARGROVE as the Guardians of TOBIN HARGROVE; KELLEN FLANIGAN, an individual; DICKSON REALTY, INC., a Nevada Corporation; NATALIE RICHARDSON, an individual; HENRY ABTS, an individual; GROUP ONE, INC., a Nevada Corporation, and KEN AMUNDSON, an individual;

Defendants.

CASE NO.: 3:26-cv-00063-MMD-CSD

**STIPULATED ORDER TO CONDUCT CASE MANAGEMENT CONFERENCE REMOTELY**

Plaintiff Encompass Home and Auto Insurance Company ("Encompass") and Defendants Kelly L. Cobb, Trustee of the Kelly L. Cobb Trust dated May 26, 2005 ("Cobb"), David Hargrove;



Pyatt Silvestri
701 Bridger Ave
Suite 600
Las Vegas, NV 89101
(702) 383-6000

Summer Hargrove; David Hargrove and Summer Hargrove as the Guardians of Autumn Hargrove; David Hargrove and Summer Hargrove as the Guardians of Bodhi Hargrove; David Hargrove and Summer Hargrove as the Guardians of Tobin Hargrove (the "Hargroves"), Kellen Flanigan, Dickson Realty, Inc., Natalie Richardson, Henry Abts, Group One, Inc., and Ken Amundson, (collective, "the Parties") by and through their counsel of record, hereby stipulate and agree as follows:

Whereas on February 28, 2026, 2026, Plaintiff Encompass filed a Complaint for Declaratory Judgment against the Defendants, as case 3:26-cv-00063-MMD-CSD. Defendant Cobb appeared via a Motion to Dismiss filed on June 23, 2026. The remaining defendants are contemplating stipulations in place of an answer to conserve their resources.

Whereas, pursuant to this Court's Order of June 26, 2026, the Court has scheduled the initial Case Management Conference on **Monday, August 31, 2026, at 10:00 a.m.** in Reno Courtroom 2 before Magistrate Judge Craig S. Denney;

Whereas counsel for Encompass, Cobb, Kellen Flanigan, Dickson Realty, Inc., Natalie Richardson, Henry Abts, Group One, Inc., and Ken Amundson seek to minimize the fees and costs to their clients, and have participated in the Joint Case Management meet and confer and proposed scheduling order discussions without, without objection by counsel for the Hargroves (who is located in Reno);

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, AND JOINTLY REQUEST OF THE COURT, THAT the Case Management Conference on **Monday, August 31, 2026, at 10:00 a.m.** be conducted remotely.

PYATT SILVESTRI

*/s/ Christopher L. Benner*
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
CHRISTOPHER L. BENNER, ESQ.
Nevada Bar No. 8963
7670 West Lake Mead, Suite 250
Las Vegas, NV 89128
Attorneys for Encompass

PLANTE HUGUENIN LAUNI KAHN LLP

*/s/ Sharon A. Bauman*
SHARON A. BAUMAN, ESQ.
Nevada Bar No. 8274
BRYANNA GUTIERREZ, ESQ.
8345 West Sunset Road, Suite 160
Las Vegas, Nevada 89113
Attorneys for Cobb, as Trustee and individually

/ / /

NEVADA REAL ESTATE LAW, LLC

*/s/ Katherine Holbert*
KATHERINE HOLBERT, ESQ.
Nevada Bar No. 10084
10198 West Flamingo Road, Suite 150
Las Vegas, Nevada 89147
Attorneys for Flanigan, Richardson, Dickson Realty

McMENOMY LAW PLLC

*/s/ Jennifer McMenomy*
JENNIFER MCMENOMY, ESQ.
Nevada Bar No. 14239
100 Vine Street
Reno, Nevada 89503
Attorneys for the Hargroves

GARIN LAW GROUP

*/s/ David Ochoa*
DAVID OCHOA, ESQ.
Nevada Bar No. 10414
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
Attorneys for Group One, Amundson, Abts

**ATTESTATION OF CONCURRENCE IN FILING**

I hereby attest and certify that on August 18-21, 2026, I received concurrence from the parties' counsel, as set forth above, to file this document with their electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 21, 2026.

*/s/ Christopher L. Benner*
CHRISTOPHER L. BENNER, ESQ.
Nevada Bar No. 8963

**ORDER**

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: August 21, 2026